The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK SUPANICH, a single man individually and as guardian for S.S., a minor child,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN RUNDLE and JANE DOE RUNDLE, and their marital community; SANDY PEDIGO, a single woman; KATHRYN NELSON and JOHN DOE NELSON, and their marital community; JULIA KAY and JOHN DOE KAY, and their marital community; DOES 1-100, unknown individuals,<br><br>        Defendants. | NO. C10-5008 RBL<br><br>ORDER GRANTING MOTION FOR RELIEF FROM FRCP 26(d) REGARDING TIMING AND SEQUENCE OF DISCOVERY<br><br>[proposed] |

THIS MATTER, having come before the court on Defendant Kay's Motion for Relief from FRCP 26(d) [Dkt. #13], the court having considered the pleadings and papers on file herein including Plaintiff's Motion for an Extension of Time [Dkt. #24] and the Declaration of Timothy L. Ashcraft, the court being fully advised in the premises, now, therefore,

IT IS ORDERED that defendant Kay's Motion for Relief from FRCP 26(d) is granted. Defendants Kay may send a discovery request to Defendant Rundle requesting all documents from the Pierce County Superior Court paternity/custody dispute(s) between plaintiff Supanich

ORDER GRANTING MOTION FOR RELIEF FROM FRCP 26(d) REGARDING TIMING AND SEQUENCE OF DISCOVERY - 1
(C10-5008 RBL)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 Tacoma
(206) 628-2420 Seattle

2790819.1

1  and defendant Pedigo, as well as all documents related to the criminal case involving Mr.

2  Supanich arising out of this same custody issue.

3  It is further ORDERED that this request can occur immediately upon receipt of this

4  order.

5  IT IS SO ORDERED.

6  Dated this 15TH day of April, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

By:  s/Timothy L. Ashcraft, WSBA #26196
Attorneys for Defendants Julia Kay and John Doe Kay
WILLIAMS, KASTNER & GIBBS PLLC
1301 A Street, Suite 900
Tacoma, WA  98402-4299
Telephone:  (253) 593-5620
Fax:  (253) 593-5625
Email:   tashcraft@williamskastner.com

ORDER GRANTING MOTION FOR RELIEF FROM FRCP 26(d)
REGARDING TIMING AND SEQUENCE OF DISCOVERY - 2
(C10-5008 RBL)

**Williams, Kastner & Gibbs PLLC**
1301 A Street, Suite 900
Tacoma, Washington 98402-4200
(253) 593-5620 Tacoma
(206) 628-2420 Seattle

2790819.1