The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK SUPANICH, a single man individually and as guardian for S.S., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN RUNDLE and JANE DOE RUNDLE, and their marital community; SANDY PEDIGO, a single woman; KATHRYN NELSON and JOHN DOE NELSON, and their marital community; JULIA KAY and JOHN DOE KAY, and their marital community; DOES 1-100, unknown individuals,<br><br>Defendants. | NO. C10-5008 RBL<br><br>DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES |

Defendant Sandy Pedigo makes the following disclosures pursuant to FRCP 26(a)(1):

**A.   Witnesses who may have knowledge and information in support of Sandy Pedigo's claims or defenses:**

   1.   Sandy Pedigo
        c/o J. Anne Redford-Hall
        THE REDFORD LAW FRIM
        2633-A Parkmont Lane S.W., Ste. A
        Olympia, WA  98502
        (360) 570-0907

   2.   Mark Supanich
        P.O. Box 932

DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES - 1
(C10-5008 RBL)

**The Redford Law Firm**
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax

Vaughn, WA 98394

3. S.S. (minor daughter of Sandy Pedigo & Mark Supanich)

4. Kevin Rundle
c/o Lance Hester
HESTER LAW GROUP INC PS
1008 S. Yakima Avenue, Suite 302
Tacoma, WA 98405
(253) 272-2157

5. Julia Kay
c/o Timothy L. Ashcraft
WILLIAMS KASTNER
1301 A Street, Suite 900
Tacoma, WA 98402
(253) 593-5620

6. Judge Kathryn Nelson
c/o Daniel R. Hamilton
PIERCE COUNTY PROSECUTOR/CIVIL
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160

The above may have knowledge regarding the relationship of Mark Supanich and Sandy Pedigo who are the parents of S.S., the relationship of S.S. with her father, Mark Supanich and mother, Sandy Pedigo, as well as the issues within the underlying civil and criminal legal matters.

7. Susan Arnold
17404 Meridian Avenue E., Suite 133
Puyallup, WA 98375

Ms. Arnold provided services as the appointed guardian ad litem in the Family Law matter involving Mark. Supanich and Sandy Pedigo. As an investigator for the court, she provided written reports related to the underlying Family Law matter regarding the relationship of the parents and the relationship of the parents with the child.

DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES - 2
(C10-5008 RBL)

**The Redford Law Firm**
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax

8. Meyrick Cortes
   CORTES MAGUDDAYAO
   157 Yessler Way, Suite 509
   Seattle, WA 98104
   (206) 464-7302

   As one of the former attorneys for Mark Supanich, he may have information related to Family Law matter.

9. William Prestia
   420 West Harrison Street, Suite 202
   Kent, WA 98032
   (253) 852-2929

   As criminal defense attorney for Mark Supanich, Mr. Prestia may have information related to that litigation as well as the relationship of the parents and the relationship between the minor child and the parents.

10. Any person(s) as representative(s) from the Public Health & Human Services Department of the state of Montana, 316 North Park Street, Helena, Montana, 59623, (406) 444-2030.

    Representative(s) may have knowledge related to the investigation of custody concerns related to minor child S.S. following Mark Supanich's arrest in the State Montana.

11. Any other persons identified in the Family Law matter between Mark Supanich and Sandy Pedigo regarding custody of minor child, S.S.

Defendant Sandy Pedigo reserves the right to call any witness otherwise identified by any other party.

**B.    Documents that may support Sandy Pedigo's claims or defenses:**

1. Documents filed in the Family Law Parentage action between Mark Supanich and Sandy Pedigo.

2. Medical records related to the minor child, S.S.

3. Documents from the State of Montana related to their investigation regarding custodial concerns involving S.S.

DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES - 3
(C10-5008 RBL)

The Redford Law Firm
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax

4. Documents from the criminal matter involving Mark Supanich related to the minor child S.S.

Defendant Sandy Pedigo adopts by reference any document disclosed by any other party.

DATED this 21st day of June, 2010.

s/J. Anne Redford-Hall, WSBA # 27963
Attorney for Defendant Sandy Pedigo
THE REDFORD LAW FIRM
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax
Email: anne@redfordlaw.com

DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES - 4
(C10-5008 RBL)

**The Redford Law Firm**
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lance M. Hester | Lance@hesterlawgroup.com<br>kathic@hesterlawgroup.com<br>leeann@hesterlwgroup.com |
| Daniel R. Hamilton | dhamilt@co.pierce.wa.us<br>pcpatvecf@co.pierce.wa.us |
| Timothy L. Ashcraft | tashcraft@williamskastner.com,<br>kbecker@williamskastner.com |
| Mark Supanich | pgroup@avvanta.com<br>markamw@yahoo.com |
| Sandy Pedigo | psandyjo61@yahoo.com |

s/ Brianna Matney
Legal Assistant
secretary@redfordlaw.com

DEFENDANT SANDY PEDIGO'S INITIAL DISCLOSURES - 5
(C10-5008 RBL)

**The Redford Law Firm**
2633-A Parkmont Lane SW, Ste. A
Olympia, WA 98502
360.570.0907 - Telephone
360.570.0917 - Fax